UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROMAN ISAIEV #A231-917-141        CIVIL ACTION NO. 1:25-CV-01698
       SEC P

VERSUS        JUDGE EDWARDS

ELEAZAR GARCIA ET AL        MAG. JUDGE PEREZ-MONTES

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objection thereto having been filed, and having determined that the recommendation is correct under applicable law,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus is **GRANTED** and the Petitioner, Roman Isaiev, shall be released under appropriate conditions.

THUS DONE in Chambers on this 24th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE